UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON W. MANN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT D. BURNS, ROBERT TELLOR, THOMAS KUPFERER, ANTHONY ROBERTSON, LINDSAY LEGERE, GALE GLADSON, CRAIG HARJU, CHRIS MORBER, MATTHEW HINES, CHARLIE GLIDEWELL, JUSTIN GIBBS, MARK FRENCH, TRAVIS FRED, JESSICA BEIN, HEATH BARONE, JUSTIN BANDY, RHONDA WALKER, MICHAEL STRATTON, JOHN HUFFMAN, LEE KERSTEN, DARLENE BLUDWORTH, JEFF WHITBECK and UNKNOWN PARTIES,<br><br>    Defendants. | Case No. 14-cv-1358-JPG-SCW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

- On Count 1, a claim against defendants Gibbs, Fred, Tellor, Robertson, Legere, Morber, Hines, Glidewell, French, Bein, Barone, Bandy, Walker, Stratton, Huffman, Kersten, Whitbeck, Bludworth, and Burns for conditions of confinement in violation of the Fourteenth Amendment Due Process Clause, in favor of those defendants and against plaintiff Jason W. Mann; Count 1 is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Count 4, a claim that plaintiff Jason W. Mann's grievances were mishandled; and
- Count 5, a claim against defendants Burns, Bludworth and Whitbeck for failure to properly hire, train or supervise their subordinate employees in order to protect detainees from other violent inmates; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- All claims against Unknown Defendants;
- All claims relating to the January 23, 2013, attack on plaintiff Jason W. Mann at the jail as duplicative of the claims in *Mann v. Gibbs, et al.*, Case No. 14-cv-421-SCW;
- Count 2, a claim against defendants Gibbs, Huffman, and Barone for delay of or failure to deliver plaintiff Jason W. Mann's legal mail, and for delay of his personal mail;
- Count 3, a claim against defendants Tellor, Robertson, Legere, Morber, Hines, Glidewell, Gibbs, French, Fred, Bein, Barone, Bandy, Walker, Stratton, Huffman, Kersten, Bludworth, Whitbeck, and Burns for denial of access to the jail's law library and to legal materials; and
- Count 6, a claim against defendants Kupferer and Gladson for failure to provide medical care or prevent health risks posed by unsanitary conditions and inadequate food.

**DATED:** November 20, 2017      **JUSTINE FLANAGAN, Acting Clerk of Court**

      **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**